UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

SAMUEL CATALEN-BOYD, A MINOR BY HIS NATURAL
GUARDIAN, MOTHER AND NEXT FRIEND, MANDI J. BOYD     PLAINTIFFS

V.     CIVIL ACTION NO.: 3:12-CV-88-SA-SSA

WILLIAM W. JOHNSON, M. D.,
THE CENTER FOR WOMEN'S HEALTH, P.L.L.C.,
BAPTIST MEMORIAL HOSPITAL-UNION COUNTY, INC.     DEFENDANTS

## MOTION FOR ENTRY OF FINAL ORDER

Now comes the defendants, William W. Johnson, M. D., and The Center for Women's Health, PLLC, and move the Court for an order finally dismissing this case, with prejudice.

For cause, said defendants would show unto the Court that all issues involved in this litigation have been finally resolved and the case should be dismissed with prejudice on the docket of this Court.

THIS the 18th day of December, 2013.

UPSHAW, WILLIAMS, BIGGERS
   & BECKHAM, LLP

BY: __s/Tommie Williams_____
   Tommie Williams, (2762), Of Counsel to
   William W. Johnson, M. D. and
   The Center for Women's Health, PLLC

OF COUNSEL:

UPSHAW, WILLIAMS, BIGGERS
   & BECKHAM, LLP
P. O. DRAWER 8230
GREENWOOD, MS 38935-8230
TELEPHONE NO.: 662-455-1613

## **CERTIFICATE OF SERVICE**

I, Tommie Williams, of counsel to Defendants, certify that I have this day mailed, with postage prepaid, a true and correct copy of the above and foregoing document unto:

>Mr. William M. Quin, II
>Mr. William B. Bardwell
>McCraney, Montagnet, Quin & Noble, PLLC
>602 Steed Road, Suite 200
>Ridgeland, MS 39157
>
>Mr. Kenneth M. Suggs
>Mr. Gerald D. Jowers, Jr.
>Janet, Jenner & Suggs, LLC
>500 Taylor St., Suite 301
>Columbia, S.C.  29201
>
>Mr. David W. Upchurch
>Holland, Ray, Upchurch & Hillen
>P. O. Drawer 409
>Tupelo, MS  38802-0409

SO CERTIFIED this the 18th day of December, 2013.

>__s/Tommie Williams____
>TOMMIE WILLIAMS

K:\USER4\Johnson\motion entry final order.121813.wpd