**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**SAMUEL CATALEN-BOYD, et al**                                              **PLAINTIFFS**

**v.**                                                     **CIVIL ACTION NO.: 3:12-CV-88-SA-SAA**

**WILLIAM W. JOHNSON, M.D., et al**                                  **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause having come on for hearing on motion of Defendants William W. Johnson, M.D. and The Center for Women's Health, PLLC to dismiss the Plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises, and it appearing that all issues involved in this entire cause have been finally resolved, is of the opinion that said motion is well taken and should be, and the same is, hereby granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this cause be and the same is hereby dismissed with prejudice, with each party bearing its own costs.

**SO ORDERED**, this the 19th day of December, 2013.

                                                                             **/s/ Sharion Aycock**
                                                                             **U.S. DISTRICT JUDGE**